

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** </br>Plaintiff, </br></br>v. </br></br></br></br>Angel Custodio MASCARENO-Sanchez, </br>Jesus Eduardo BOJORQUEZ-Arellano, </br>Victor TORRES-Lemus, </br></br>Defendants. | Magistrate Docket No. '21 MJ0191 </br></br></br>COMPLAINT FOR VIOLATION OF: </br>Title 8, USC 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation </br></br>Title 8, USC 1325 Illegal Entry (Felony) |

The undersigned complainant being, duly sworn, states:

### Count One

On or about January 17, 2021 within the Southern District of California, defendant Angel Custodio MASCARENO-Sanchez and Jesus Eduardo BOJORQUEZ-Arellano, knowingly or in reckless disregard of the fact that certain aliens, namely, Sergio Ivan GONZALEZ-Castillo and Jose De Jesus RUIZ-Torres, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count Two

On or about January 15, 2021, within the Southern District of California, defendant Victor TORRES-Lemus being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No.17MJ00439, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony. And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 19, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Angel Custodio MASCARENO-Sanchez,
Jesus Eduardo BOJORQUEZ-Arellano and Victor TORRES-Lemus

## AMENDED
## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Sergio Ivan GONZALEZ-Castillo and Jose De Jesus RUIZ-Torres, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 16, 2021, U.S. Customs and Border Protection (CBP) Multi-Role Enforcement Aircraft detected a recreational style water vessel with no lights on. The Multi-Role Enforcement Aircraft relayed this information to a CBP Coastal Interceptor Vessel. At approximately 11:46 PM, the Multi-Role Enforcement Aircraft, monitored the recreational water vessel, as it crossed the Maritime Border Boundary between the United States and Mexico. The Coastal Interceptor spotted and attempted to tail the recreational water vessel. At approximately 3:17 AM the crew of the CBP Coastal Interceptor, boarded the water vessel. The crew of the Coastal Interceptor encountered 18 individuals on the vessel, the crew then requested Border Patrol to conduct an immigration inspection on the group. The group was transferred to the Costal Interceptor Vessel and the recreational water vessel and the group were towed to Naval Base Point Loma in San Diego, California.

On January 17, 2021, Border Patrol Agent J. Pineda was performing assigned duties in the San Clemente Border Patrol Station's area of responsibility. at approximately 3:15 AM, Agent Pineda responded to Ballast Point, California, to assist CBP Air and Marine Agents. Once on scene Agent Pineda located the 18 individuals that were on board the vessel, and identified himself as a Border Patrol Agent. Agent Pineda then proceeded to conduct an immigration inspection on the group. All members of the group, to include individuals later identified as the defendants, Angel Custodio MASCARENO-Sanchez, Jesus Eduardo BOJORQUEZ-Arellano, and Victor TORRES-Lemus, stated that they are citizens of Mexico, with no documents that would allow them to enter or remain in the United States. At approximately 3:30 AM, Agent Pineda placed the entire group to include MASCARENO, BOJORQUEZ, and TORRES under arrest. The remaining individuals were identified as German William AGUILAR-Gomez, Guadalupe AMEZCUA-Carrillo, Jose Angel AVALOS-Bucio, Aurelio BARAJAS-Rojas, Jesus Alejandro BUCIO-Bucio, Angelica Maria FAJARDO-Martinez, Alfredo GARCIA-Guillen, Carlos GONZALEZ-Alcaraz, Sergio Ivan GONZALEZ-Castillo, Juan Martin HERNANDEZ-Hernandez, Juan Carlos MARTINEZ-Cortez, Oscar MARTINEZ-Martinez, Mauricio PALMA-

CONTINUATION OF COMPLAINT:
Angel Custodio MASCARENO-Sanchez,
Jesus Eduardo BOJORQUEZ-Arellano and Victor TORRES-Lemus

Santos, Luis Alberto RENTERIA-Medina, and Jose De Jesus RUIZ-Torres. Sergio Ivan GONZALEZ-Castillo and Jose De Jesus RUIZ-Torres are being held as Material Witnesses.

On January 17, 2021, MASCARENO was read his Miranda rights. MASCARENO stated that he understood his rights and agreed to answer questions without the presence of an attorney. MASCARENO admitted to being a citizen and national of Mexico, without proper immigration documentation that would allow him to be or remain in the United States legally. MASCARENO stated his family made smuggling arrangements on his behalf. MASCARENO stated his family would pay approximately $8,000 USD for his smuggling fee. MASCARENO was shown a photographic line-up and identified Jesus Eduardo BOJORQUEZ-Arellano as the person who filled up the gas on the boat. MASCARENO intended to go to Los Angeles, California where his family lives.

On January 17, 2021, BOJORQUEZ was read his Miranda rights. BOJORQUEZ stated that he understood his rights and agreed to answer questions without the presence of an attorney. BOJORQUEZ admitted to being a citizen of Mexico, without proper immigration documentation that would allow him to be or remain in the United States legally. BOJORQUEZ stated a friend made smuggling arrangements on his behalf and was going to pay the smuggling fee. BOJORQUEZ stated he entered the United States by boat and intended to go to Washington.

On January 17, 2021, TORRES was read his Miranda rights. TORRES stated that he understood his rights, and did not wish to speak with agents without an attorney present. At that point agents ended questioning.

Material witnesses GONZALEZ-Castillo and RUIZ admitted to being citizens of Mexico, illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. GONZALEZ and RUIZ admitted to making smuggling arrangements. GONZALEZ stated that he agreed to pay $15000.00 USD if successfully smuggled into the United States. RUIZ claimed unknown smuggling fees and stated that his sister was going to pay all smuggling fees on his behalf. GONZALEZ and RUIZ stated that they were taken to an unknown beach in Ensenada, Mexico in order be smuggled into the United States via boat. Once at the beach, GONZALEZ, RUIZ and sixteen other individuals were boarded into a small fisherman's boat and taken out to sea where they met with a bigger boat and two more individuals waiting on the boat. GONZALEZ, RUIZ and sixteen other individuals were transferred into the bigger boat and made illegal entry into the

**CONTINUATION OF COMPLAINT:**
Angel Custodio MASCARENO-Sanchez,
Jesus Eduardo BOJORQUEZ-Arellano and Victor TORRES-Lemus

United States on or about January 17, 2021. GONZALEZ and RUIZ were presented with a photographic lineup and were able to identify defendant Angel Custodio MASCARENO-Sanchez as the driver of the boat for this smuggling event. GONZALEZ also identified defendant Jesus Eduardo BOJORQUEZ-Arellano who was assisting with the gas on the boat.

Record checks reveal the defendant TORRES has a criminal and immigration history, including a prior conviction for a violation of Title 8, United States Code, Section 1325.

**CONTINUATION OF COMPLAINT:**
Angel Custodio MASCARENO SANCHEZ,
Jesus Eduardo BOJORQUEZ-Arellano, and Victor TORRES-Lemus

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Sergio Ivan GONZALEZ-Castillo and Jose De Jesus RUIZ-Torres, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 16, 2021, U.S. Customs and Border Protection (CBP) Multi-Role Enforcement Aircraft detected a recreational style water vessel with no lights on. The Multi-Role Enforcement Aircraft relayed this information to a CBP Coastal Interceptor Vessel. At approximately 11:46 PM, the Multi-Role Enforcement Aircraft, monitored the recreational water vessel, as it crossed the Maritime Border Boundary between the United States and Mexico. The Coastal Interceptor spotted and attempted to tail the recreational water vessel. At approximately 3:17 AM the crew of the CBP Coastal Interceptor, boarded the water vessel. The crew of the Coastal Interceptor encountered 18 individuals on the vessel, the crew then requested Border Patrol to conduct an immigration inspection on the group. The group was transferred to the Costal Interceptor Vessel and the recreational water vessel and the group were towed to Naval Base Point Loma in San Diego, California.

On January 17, 2021, Border Patrol Agent J. Pineda was performing assigned duties in the San Clemente Border Patrol Station's area of responsibility. at approximately 3:15 AM, Agent Pineda responded to Ballast Point, California, to assist CBP Air and Marine Agents. Once on scene Agent Pineda located the 18 individuals that were on board the vessel, and identified himself as a Border Patrol Agent. Agent Pineda then proceeded to conduct an immigration inspection on the group. All members of the group, to include individuals later identified as the defendants, Angel Custodio MASCARENO-Sanchez, Jesus Eduardo BOJORQUEZ-Arellano, and Victor TORRES-Lemus, stated that they are citizens of Mexico, with no documents that would allow them to enter or remain in the United States. At approximately 3:30 AM, Agent Pineda placed the entire group to include MASCARENO, BOJORQUEZ, and TORRES under arrest. The remaining individuals were identified as German William AGUILAR-Gomez, Guadalupe AMEZCUA-Carrillo, Jose Angel AVALOS-Bucio, Aurelio BARAJAS-Rojas, Jesus Alejandro BUCIO-Bucio, Angelica Maria FAJARDO-Martinez, Alfredo GARCIA-Guillen, Carlos GONZALEZ-Alcaraz, Sergio Ivan GONZALEZ-Castillo, Juan Martin HERNANDEZ-Hernandez, Juan Carlos MARTINEZ-Cortez, Oscar MARTINEZ-Martinez, Mauricio PALMA-Santos, Luis Alberto RENTERIA-Medina, and Jose De Jesus RUIZ-Torres. Sergio Ivan GONZALEZ-Castillo and Jose De Jesus RUIZ-Torres are being held as Material Witnesses.

CONTINUATION OF COMPLAINT:
Angel Custodio MASCARENO SANCHEZ,
Jesus Eduardo BOJORQUEZ-Arellano, and Victor TORRES-Lemus


On January 17, 2021, MASCARENO was read his Miranda rights. MASCARENO stated that he understood his rights and agreed to answer questions without the presence of an attorney. MASCARENO admitted to being a citizen and national of Mexico, without proper immigration documentation that would allow him to be or remain in the United States legally. MASCARENO stated his family made smuggling arrangements on his behalf. MASCARENO stated his family would pay approximately $8,000 USD for his smuggling fee. MASCARENO was shown a photographic line-up and identified Jesus Eduardo BOJORQUEZ-Arellano as the person who filled up the gas on the boat. MASCARENO intended to go to Los Angeles, California where his family lives.

On January 17, 2021, BOJORQUEZ was read his Miranda rights. BOJORQUEZ stated that he understood his rights and agreed to answer questions without the presence of an attorney. BOJORQUEZ admitted to being a citizen of Mexico, without proper immigration documentation that would allow him to be or remain in the United States legally. BOJORQUEZ stated a friend made smuggling arrangements on his behalf and was going to pay the smuggling fee. BOJORQUEZ stated he entered the United States by boat and intended to go to Washington.

On January 17, 2021, TORRES-Lemus was read his Miranda rights. TORRES-Lemus stated that he understood his rights, and did not wish to speak with agents without an attorney present. At that point agents ended questioning.

Material witnesses GONZALEZ-Castillo and RUIZ admitted to being citizens of Mexico, illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. GONZALEZ and RUIZ admitted to making smuggling arrangements. GONZALEZ stated that he agreed to pay $15000.00 USD if successfully smuggled into the United States. RUIZ claimed unknown smuggling fees and stated that his sister was going to pay all smuggling fees on his behalf. GONZALEZ and RUIZ stated that they were taken to an unknown beach in Ensenada, Mexico in order be smuggled into the United States via boat. Once at the beach, GONZALEZ, RUIZ and sixteen other individuals were boarded into a small fisherman's boat and taken out to sea where they met with a bigger boat and two more individuals waiting on the boat. GONZALEZ, RUIZ and sixteen other individuals were transferred into the bigger boat and made illegal entry into the United States on or about January 17, 2021. GONZALEZ and RUIZ were presented with a photographic lineup and were able to identify defendant Angel Custodio MASCARENO-

**CONTINUATION OF COMPLAINT:**
Angel Custodio MASCARENO SANCHEZ,
Jesus Eduardo BOJORQUEZ-Arellano, and Victor TORRES-Lemus

Sanchez as the driver of the boat for this smuggling event. GONZALEZ also identified defendant Jesus Eduardo BOJORQUEZ-Arellano who was assisting with the gas on the boat.

Record checks reveal the defendant TORRES has a criminal and immigration history, including a prior conviction for a violation of Title 8, United States Code, Section 1325.

Executed on January 18, 2021 at 9:00 AM.

Matthew R. Kucewicz
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 17, 2021, in violation of 8 USC 1324(a)(2)(B)(iii).

9:29 AM, Jan 18, 2021

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

Date/Time